No. 33. Ex Parte Vilar.—Petition presented to Mr. Justice Aldrey for a writ of *habeas corpus*. Decided April 8, 1911. Petition granted. *Mr. Rafael López Landrón* for petitioner. *Mr. Jesús M. Rossy, fiscal,* for adverse party.

---

No. 669. Ex Parte Dimas.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided April 11, 1911. Appeal dismissed because the decision appealed from is unappealable. *Mr. Jacinto Texidor* for petitioner. *Messrs. Vías Ochoteco* and *Ferrer* for respondent.

---

No. 652. Graham et al. *v.* Crosas et al.—Appeal from the District Court of San Juan. Motion to strike appellants' brief from the record. *Mr. Juan Hernández López* for petitioners. *Messrs. Antonio Sarmiento, Henry F. Hord* and *Andrés B. Crosas* for respondents.

---

No. 738. The Fajardo Development Company *v.* Succession of Morfi.—Appeal from the District Court of Humacao. Decided April 23, 1911. Appeal dismissed on motion of the court for noncompliance with rule 42 of this court. *Messrs. Garvan and Armstrong* and *Luis Muñoz Morales* for appellant. *Messrs. Manuel Tous Soto* and *Carlos Travecier* for respondent.

---

No. 34. Ex Parte Morales et al.—Petition for a writ of *habeas corpus* presented to Mr. Justice MacLeary. Decided April 25, 1911. Petition denied. *Messrs. Herminio Díaz Navarro, Cayetano Coll y Cuchí* and *Luis Llorens Torrés* for petitioners. *Mr. Jesús M. Rossy, fiscal,* and *Byron S. Ambler, United States District Attorney,* for respondent.